UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRYSTAL CALLAGHAN, )<br>JOVAN CALLAGHAN, and )<br>MELISSA GAZAWAY )<br>)<br>     Defendants. ) | Criminal Case No. 1:20-cr-159-LM-01/03 |

## **INDICTMENT**

The Grand Jury charges:

### **COUNT ONE**

**[21 U.S.C. §§ 841(a)(1) and 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances]**

Beginning at an unknown date but at least by on or about August 5, 2019, through on or about December 21, 2020, in the District of New Hampshire and elsewhere, the defendants,

**CHRYSTAL CALLAGHAN,
JOVAN CALLAGHAN, and
MELISSA GAZAWAY,**

knowingly and intentionally conspired, confederated, and agreed with persons known and unknown to the Grand Jury to distribute and to possess with the intent to distribute controlled substances, specifically, fentanyl and cocaine base, commonly known as "crack cocaine," both Schedule II narcotic controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## NOTICE OF CRIMINAL FORFEITURE
## PURSUANT TO 21 U.S.C. § 853

### A. FORFEITABLE PROPERTY

The allegations of Count One of this Indictment are hereby re-alleged as if fully set forth herein and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1-2) . Upon conviction of Count One, the defendants shall forfeit to the United States:

(a) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the charged violations of Title 21; and

(b) any property in which the defendant has any interest which was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations of Title 21.

### B. MONEY JUDGMENT

A sum of money equivalent to the amount of proceeds obtained as a result of the offenses, violations of Title 21.

All in accordance with Rule 32.2(b)(1) and (c)(1), Federal Rules of Criminal Procedure.

A TRUE BILL

Dated: December 21, 2020         /s/ Foreperson
                                 Foreperson

SCOTT W. MURRAY
United States Attorney

By:     /s/ Georgiana L. MacDonald
        Georgiana L. MacDonald
        Assistant U.S. Attorney